## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

DENISE L. THOMAS-HAWARD-HUDSON,   )
                                    )
        Plaintiff,              )
                                      )
v.                                  )     Case No. CIV-23-703-SLP
                                      )
OCHA, et al.,                 )
                                    )
        Defendants.        )

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered September 7, 2023 [Doc. No. 5]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.[1] Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] is DENIED and Plaintiff is directed to pay the full filing fee in the amount of $402.00 within twenty-one days from the date of this Order or this matter will be dismissed without prejudice.

---

[1] The Court's docket reflects that a previously filed Order [Doc. No. 4] was returned as "undeliverable" on September 8, 2023. Plaintiff is responsible for providing notice of any change of address to the Court. *See* LCvR 5.4(a) (requiring written notice of a change of address and further providing that papers sent by the Court are "deemed delivered if sent to the last known address given to the court."); *see also Theede v. United States Dep't of Labor*, 172 F.3d 1262, 1267-68 (10th Cir. 1999) (pro se plaintiff who failed to provide any change of address waived right to review of report and recommendation by failing to make a timely objection).

IT IS SO ORDERED this 27th day of September, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE